

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00424-CV

———————————————

SONIA CHOWDHURY, ATM CHOWDHURY, ASMA OZZELL INDIVIDUALLY,
FAHIM CHOWDHURY, INDIVIDUALLY AND AS NEXT FRIEND OF MINORS
F.C., AND M.C., Appellants

V.

NATHANIEL OWEN SELMAN, Appellee

On Appeal from the 431st District Court
Denton County, Texas
Trial Court No. 19-7382-211

Before Birdwell, J.; Sudderth, C.J.; and Bassel, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered "Appellants' Motion to Dismiss." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: September 15, 2022